UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------X

UNITED STATES OF AMERICA,

    Plaintiff,

- against -

APPROXIMATELY NINETY-SIX VARIOUS
ARTICLES OF JEWELRY VALUED AT
$77,713.00, AND ALL PROCEEDS
TRACEABLE THERETO

    Defendants.
----------------X

**DECREE OF FORFEITURE AND ORDER FOR DELIVERY**

Civil Action No.

CV 05-0158
(Block, J.)
(Go, M. J.)

UPON the application of the plaintiff UNITED STATES OF AMERICA and the Declaration of Assistant United States Claire S. Kedeshian, dated June 30, 2005, with all exhibits annexed thereto and upon all papers filed and proceeding had herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to Title 18, United States Code, Section 983, and Title 21, United States Code, Section 881, the defendants, APPROXIMATELY NINETY-SIX VARIOUS ARTICLES OF JEWELRY VALUED AT $77,713.00, AND ALL PROCEEDS TRACEABLE THERETO (hereinafter collectively referred to as "Defendants *in rem*"), are hereby forfeited and condemned to the use and benefit of the United States of America for the reasons set forth in the Verified Complaint In Rem.

2. All persons or entities known or thought to have an interest in or claim to the Defendants *in rem*, having been

given due notice of these proceedings, and to date none of those persons or entities having interposed a claim, an answer, or other response of any kind to the Verified Complaint In Rem, the default of all persons or entities having any interest in the Defendants in rem hereby is noted.

3. The United States Marshals Service, and its authorized agents, representatives and contractors, are hereby directed to dispose of the Defendants in rem and all proceeds traceable thereto in accordance with all applicable laws and regulations.

4. The Clerk of this Court shall forward three (3) certified copies of this Decree of Forfeiture and Order of Delivery to the United States Attorney for the Eastern District of New York, Attention: Claire S. Kedeshian, Assistant U.S. Attorney, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
         June 24, 2005

HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

2